IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUN OWNERS OF AMERICA, INC.,<br>8001 Forbes Place<br>Suite 202<br>Springfield, VA 22151<br><br>        Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br><br>        Defendant. | Case No. 19-cv-3135 (TNM) |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT
FOR DECLARATORY AND INJUNCTIVE RELIEF**

Defendant United States Department of Justice (Defendant or DOJ) hereby answers the numbered paragraphs of Plaintiff's Complaint, ECF No. 1, in this action.

1. The allegations in this paragraph consist of legal conclusions regarding jurisdiction and venue, to which no response is required. To the extent a response is required, Defendant admits that the Court has jurisdiction over actions filed pursuant to FOIA 5 U.S.C. §52(a)(4)(B), as limited by the relief available under FOIA.

2. The allegations in this paragraph consist of legal conclusions regarding venue, to which no response is required. To the extent a response is deemed required, Defendant admits that venue is proper in this District pursuant to FOIA, 5 U.S.C. § 52(a)(4)(B).

3. The allegations in this paragraph contain characterizations of Plaintiff's purpose and activities to which Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

4. Defendant admits that the DOJ is a department of the Executive Branch of the U.S. Government headquartered in Washington, D.C. With respect to the second sentence of the paragraph, Defendant is processing Plaintiff's FOIA request and is currently without sufficient information to admit or deny the allegations regarding the Defendant's possession of responsive records. To the extent that a response to the allegations in the second sentence of the paragraph is required, Defendant denies.

5. Admit.

6. The allegations in this paragraph consist of Plaintiff's characterization of its FOIA request. Defendant respectfully refers the Court to Plaintiff's FOIA request for a full and accurate statement of its contents.

7. The allegations in this paragraph consist of Plaintiff's characterization of its FOIA request to which no response is required. To the extent that a response is required, Defendant admits that the quoted language appears in the FOIA request dated June 11, 2019, and respectfully refers the Court to Plaintiff's FOIA request for a full and accurate statement of its contents.

8. The allegations contained in the first sentence of this paragraph consist of legal conclusions to which no response is required. Defendant admits the allegations contained in the second sentence.

9. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first and third sentences of this paragraph. Defendant admits that 202-616-3837 is a listed phone number for the Mail Referral Unit.

10. Defendant admits that 301-583-7354 is a listed phone number for the Mail Referral Unit. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph.

11. Admit.

12. Admit.

13. The allegations contain Plaintiff's own conclusory allegations and assumptions to which no response is required.

14. Defendant admits that at the time Plaintiff filed its complaint, it has not issued a response to Plaintiff's FOIA request.

15. The first sentence of this paragraph consists of legal conclusions to which no response is required. Defendant admits that it has not produced or withheld records in response to Plaintiff's FOIA request.

16. The allegations in this paragraph consist of legal conclusions to which no response is required.

17. The allegations in this paragraph contain characterizations of Plaintiff's purpose and activities to which Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

18. Defendant incorporates its responses to paragraphs 1-17 set forth above.

19. The allegations in this paragraph consist of Plaintiff's legal conclusions and characterizations to which no response is required.

20. The allegations in this paragraph consist of legal conclusions to which no response is required. To the extent that a response is required, Defendant denies the allegations in this paragraph.

The remaining paragraphs of the Complaint contain Plaintiff's requested relief, to which no response is required.

Defendant hereby denies all allegations of the Complaint not expressly admitted or denied above.

## **DEFENSES**

Defendant reserves the right to amend, alter and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to the Defendant through the course of this litigation. Without waiving, limiting, modifying or amending the foregoing, Defendant asserts the following additional and affirmative defenses, in the alternative where appropriate, and to the extent the pleadings and the evidence so indicate.

### **FIRST DEFENSE**

Plaintiff is not entitled to information that is exempt from disclosure under FOIA.

### **SECOND DEFENSE**

To the extent Plaintiff's FOIA request seeks matters that are not "agency records," the Court lacks the authority to compel the agency to produce such matters, and Plaintiff's Complaint fails to state a claim upon which relief may be granted

### **THIRD DEFENSE**

Plaintiff failed to exhaust administrative remedies.

DATED: November 22, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division


BY: _____
DARRELL C. VALDEZ
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2507
darrell.valdez@usdoj.gov


*Counsel for Defendant*