**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 19-cv-3135 (TNM) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's November 22, 2019, Minute Order, Gun Owners of America, Inc., ("Plaintiff") and United States Department of Justice ("Defendant") hereby file the following joint status report.

1.  At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiff upon the Defendant seeking records related to the "Privacy Policy" contained on Defendant's website. Specifically, when signing up for email notifications from the Bureau of Alcohol Tobacco and Firearms ("ATF"), Plaintiff saw a "privacy policy" notice at the end of the page that states: "Although the primary purpose of automatically collecting this kind of information is not to track individuals who visit this site, in certain circumstances and consistent with federal law, the Department may take additional steps to identify you using this information and may share this information, including your identity, with other agencies." Plaintiff's FOIA request seeks records identifying or describing the "additional steps" DOJ takes to identify visitors, the "information collected," the "other agencies" with whom the information is shared, and the "purpose" for which the information is collected.

2.      In its Minute Order, the Court directed the parties to meet and confer and submit a joint status report and proposed briefing schedule by December 13, 2019. The Court specifically directed the parties to address (1) the status of Plaintiff's FOIA request, (2) the anticipated number of documents responsive to Plaintiff's FOIA request, (3) the anticipated date(s) for release of the documents requested by Plaintiff, (4) whether a motion for an Open America stay is likely in this case, (5) whether a Vaughn index will be required in this case, and (6) a briefing schedule for dispositive motions, if required. As directed, the parties have conferred by email and by telephone on multiple dates.

3.      Plaintiff has agreed to limit the time frame of its FOIA request to two periods of time: a current period of 12 months, plus an additional 6 month period when the language in question was added to the DOJ Privacy Policy (October 1, 2001 to March 31, 2002).

4.      Defendant has informed Plaintiff that the search has been completed, that all responsive documents have been processed, and that the Defendant will be making its production to Plaintiff in the next week.

5.      The parties suggest that they provide the Court with a joint status report in 45 days by April 18, 2020, so that the parties have an opportunity to address any issues that may arise before informing the Court if a Vaughn Index and schedule for dispositive motions will be necessary.

DATED: February 28, 2020                                  Respectfully submitted,

                                                            TIMOTHY J. SHEA, D.C. Bar # 437437
United States Attorney

*/s/ Robert J. Olson*                                 .      DANIEL F. VAN HORN, D.C. Bar # 924092
ROBERT J. OLSON, D.C. Bar # 1029318           Chief, Civil Division
WILLIAM J. OLSON, D.C. Bar # 233833
JEREMIAH L. MORGAN, D.C. Bar # 1012943
William J. Olson, P.C.
370 Maple Avenue West, Suite 4              BY:    */s/ Darrell C. Valdez*                .
Vienna, VA 22180-5615                               DARRELL C. VALDEZ, D.C. Bar # 420232
703-356-5070                                        Assistant United States Attorney
wjo@mindspring.com                                  United States Attorney's Office
                                                    Civil Division
*Counsel for Plaintiff*                             555 4th Street, N.W.
                                                    Washington, D.C. 20530
                                                    (202) 252-2507
                                                    darrell.valdez@usdoj.gov

                                                    *Counsel for Defendant*