IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) )   Case No. 19-cv-3135 (TNM) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendant. | ) ) |

**JOINT STATUS REPORT**

Pursuant to this Court's February 28, 2020, Minute Order, Gun Owners of America, Inc., ("Plaintiff") and United States Department of Justice ("Defendant") hereby file the following joint status report.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiff upon Defendant seeking records related to the "Privacy Policy" contained on Defendant's website.

2. On February 28, 2020, Plaintiff was informed that the search for documents was completed, that all responsive documents were processed, and that Defendant was finalizing the documents to be produced.

3. On March 19, 2020, Defendant produced responsive, non-exempt documents to Plaintiff. Some of the documents contained redactions pursuant to FOIA Exemptions 5, 6, and 7(E).

4. On March 27, 2020, Plaintiff forwarded a list of questions it had regarding the scope of Defendant's search for responsive records and some of Exemption 5 and 7(E) redactions.

5. Defendant is preparing a response to Plaintiff's questions.

6. The parties suggest that they provide the Court with a joint status report on or before June 9, 2020, so that the parties have an opportunity to continue to address any issues that may arise before informing the Court if a Vaughn Index and schedule for dispositive motions will be necessary.

DATED: April 20, 2020

 /s/ Robert J. Olson                           .
ROBERT J. OLSON, D.C. Bar # 1029318
WILLIAM J. OLSON, D.C. Bar # 233833
JEREMIAH L. MORGAN, D.C. Bar # 1012943
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070
wjo@mindspring.com

*Counsel for Plaintiff*

Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar # 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division


BY:    /s/ Darrell C. Valdez                 .
DARRELL C. VALDEZ, D.C. Bar # 420232
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2507
darrell.valdez@usdoj.gov

*Counsel for Defendant*