# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 19-cv-3135 (TNM) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to this Court's April 20, 2020, Minute Order, Gun Owners of America, Inc., ("Plaintiff") and United States Department of Justice ("Defendant") hereby file the following joint status report.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiff upon Defendant seeking records related to the "Privacy Policy" contained on Defendant's website.

2. On March 19, 2020, Defendant produced responsive, non-exempt documents to Plaintiff. Some of the documents contained redactions pursuant to FOIA Exemptions 5, 6, and 7(E).

3. Since that time, the Parties have conferred in a good faith attempt to clarify and resolve any issues that Plaintiff may have with the Defendant's response.

   a. On March 27, 2020, Plaintiff forwarded a list of questions it had regarding the scope of Defendant's search for responsive records and some of Exemption 5 and 7(E) redactions.

   b. Defendant responded to Plaintiff's questions on April 24, 2020.

    c.    On May 6, 2020, Plaintiff forwarded further questions and requests for clarifications regarding the scope of the search and some of the documents produced.

    d.    On June 4, 2020, Defendant provided Plaintiff with a detailed response to Plaintiff's questions, and further agreed to process "emails trails" that were referred to in the records produced to Plaintiff previously, even though they are outside the date range agreed upon by the Parties.

4.    The parties suggest that they provide the Court with a joint status report on or before August 10, 2020, so that the Defendant may produce the additional material and the parties have an opportunity to continue to address any issues that may arise before informing the Court if a Vaughn Index and schedule for dispositive motions will be necessary.

DATED: June 8, 2020                                    Respectfully submitted,

                                                                                  MICHAEL R. SHERWIN
                                                                                   Acting United States Attorney

 */s/ Robert J. Olson*                    .        DANIEL F. VAN HORN, D.C. Bar # 924092
ROBERT J. OLSON, D.C. Bar # 1029318        Chief, Civil Division
WILLIAM J. OLSON, D.C. Bar # 233833
JEREMIAH L. MORGAN, D.C. Bar # 1012943
William J. Olson, P.C.
370 Maple Avenue West, Suite 4               BY:   */s/ Darrell C. Valdez*         .
Vienna, VA 22180-5615                             DARRELL C. VALDEZ, D.C. Bar # 420232
703-356-5070                                                   Assistant United States Attorney
wjo@mindspring.com                           United States Attorney's Office
                                                                                  Civil Division
*Counsel for Plaintiff*                                   555 4th Street, N.W.
                                                                                 Washington, D.C. 20530
                                                                                 (202) 252-2507
                                                                                 darrell.valdez@usdoj.gov

                                                                                 *Counsel for Defendant*