IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) | |
| Plaintiff, ) | |
| v. ) | Case No. 19-cv-3135 (TNM) |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's April 20, 2020, Minute Order, Gun Owners of America, Inc., ("Plaintiff") and United States Department of Justice ("Defendant") hereby file the following joint status report.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiff upon Defendant seeking records related to the "Privacy Policy" contained on Defendant's website.

2. Since the last Joint Status Report, the Defendant have provided Plaintiffs with the "emails trails" that were referred to in the records produced to Plaintiff previously.

3. Parties are continuing to confer in a good faith attempt to clarify and resolve any issues that Plaintiff may have with the Defendant's response and the possible referrals of Plaintiff's FOIA request.

4. The parties suggest that they provide the Court with a joint status report on or before September 10, 2020, so that the parties have an opportunity to continue to address any issues that may arise before informing the Court if a Vaughn Index and schedule for dispositive motions will be necessary.

DATED: August 10, 2020                                        Respectfully submitted,

                                                   MICHAEL R. SHERWIN
                                                   Acting United States Attorney

 */s/ Robert J. Olson*                             .                       DANIEL F. VAN HORN, D.C. Bar # 924092
ROBERT J. OLSON, D.C. Bar # 1029318                   Chief, Civil Division
WILLIAM J. OLSON, D.C. Bar # 233833
JEREMIAH L. MORGAN, D.C. Bar # 1012943
William J. Olson, P.C.
370 Maple Avenue West, Suite 4                        BY:   */s/ Darrell C. Valdez*              .
Vienna, VA 22180-5615                                 DARRELL C. VALDEZ, D.C. Bar # 420232
703-356-5070                                          Assistant United States Attorney
wjo@mindspring.com                                    United States Attorney's Office
                                                     Civil Division
*Counsel for Plaintiff*                               555 4th Street, N.W.
                                                     Washington, D.C. 20530
                                                   (202) 252-2507
                                                   darrell.valdez@usdoj.gov

                                                   *Counsel for Defendant*