IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-cv-3135 (TNM) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's August 10, 2020, Minute Order, Gun Owners of America, Inc., ("Plaintiff") and United States Department of Justice ("Defendant") hereby file the following joint status report.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiff upon Defendant seeking records related to the "Privacy Policy" contained on Defendant's website.

2. Since the last Joint Status Report, the Plaintiff has clarified the matters it believes to be at issue with the Defendant's response and the Parties have continued their discussions in a good faith attempt to resolve those issues that Plaintiff may have with the Defendant's response, including a further discretionary agreement to send copies of Plaintiff's FOIA request to other components.

3. The parties suggest that they provide the Court with a joint status report on or before December 10, 2020, so that the parties have an opportunity to continue in their efforts to resolve this matter without any further Court intervention.

| | |
|---|---|
| DATED: September 10, 2020 | Respectfully submitted, |
| | MICHAEL R. SHERWIN<br>Acting United States Attorney |
|  */s/ Robert J. Olson*                 . <br>ROBERT J. OLSON, D.C. Bar # 1029318<br>WILLIAM J. OLSON, D.C. Bar # 233833<br>JEREMIAH L. MORGAN, D.C. Bar # 1012943<br>William J. Olson, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180-5615<br>703-356-5070<br>wjo@mindspring.com<br><br>*Counsel for Plaintiff* | DANIEL F. VAN HORN, D.C. Bar # 924092<br>Chief, Civil Division<br><br>BY:   */s/ Darrell C. Valdez*        .<br>DARRELL C. VALDEZ, D.C. Bar # 420232<br>Assistant United States Attorney<br>United States Attorney's Office<br>Civil Division<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2507<br>darrell.valdez@usdoj.gov<br><br>*Counsel for Defendant* |