UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 19-cv-3135 (TNM) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to this Court's minute Order dated September 11, 2020, the Parties, Gun Owners of America, Inc., ("Plaintiff") and United States Department of Justice ("Defendant") jointly file this Status Report to the Court and respectfully state as follows:

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiff upon Defendant seeking records related to the "Privacy Policy" contained on Defendant's website.

2. Since the last Joint Status Report, the Parties have made good faith attempts to discuss issues that Plaintiff has identified, and Defendant's agreement to send copies of Plaintiff's FOIA request to other components of the Department of Justice.  However, a disagreement has arisen between the parties that may require resolution by the Court.  The Parties are currently discussing and preparing position statements to be included in the next Joint Status Report, but need additional time to coordinate and discuss the matters to be included.

3. The parties proposes that they provide the Court with a Joint Status Report on or before Friday, December 18, 2020, which will include each party's statement of the issues and position for the Court's consideration.

Wherefore, for all of the foregoing reasons, the Parties propose to file a Status Report on or

before December 18, 2020, informing the Court of the issue that has arisen and each party's position.

DATED: December 10, 2020                    Respectfully submitted,

                                                          MICHAEL R. SHERWIN
                                                          Acting United States Attorney

 */s/ Robert J. Olson* .                     DANIEL F. VAN HORN, D.C. Bar # 924092
ROBERT J. OLSON, D.C. Bar # 1029318         Chief, Civil Division
WILLIAM J. OLSON, D.C. Bar # 233833
JEREMIAH L. MORGAN, D.C. Bar # 1012943
William J. Olson, P.C.
370 Maple Avenue West, Suite 4              BY:   */s/ Darrell C. Valdez* .
Vienna, VA 22180-5615                       DARRELL C. VALDEZ, D.C. Bar # 420232
703-356-5070                                Assistant United States Attorney
wjo@mindspring.com                          United States Attorney's Office
                                            Civil Division
*Counsel for Plaintiff*                     555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 252-2507
                                            darrell.valdez@usdoj.gov

                                            *Counsel for Defendant*

2