UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Case No. 19cv3135 (TNM) <br> ) |
| U.S. DEPARTMENT OF JUSTICE, | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

## JOINT STATUS REPORT

Pursuant to this Court's minute Order dated December 23, 2020, the Parties, Gun Owners of America, Inc., ("Plaintiff") and United States Department of Justice ("Defendant" or "DOJ") jointly file this Status Report to the Court and respectfully state as follows:

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiff upon Defendant seeking records related to the "Privacy Policy" contained on Defendant's website.

2. In response to Plaintiff's request for a referral, Defendant agreed to refer Plaintiff's FOIA request to FBI, DEA, and ATF. Unfortunately, it was not until December that Defendant discovered that the referral had not been issued due to an administrative error. MRU eventually sent the referral to FBI, DEA, and ATF on December 10, 2021.

3. On December 23, 2020, this Court issued a Minute Order for the parties to provide the Court with a Joint Status Report on the processing of Plaintiff's request by the FBI, DEA, and ATF on February 22, 2021, and every 60 days thereafter.

4. In the last status report, Defendant informed the Court that it had confirmed that the identified components of the DOJ received Plaintiff's FOIA request, were informed that the matter

is presently in litigation before this Court, and had begun processing the request. Defendant further informed the Court that the searches have been slowed by the fact that the components have hundreds of FOIA matters in litigation, many of which have monthly responses due, and that each component was still operating with drastic reduction in staffing caused by the COVID outbreak and the work from home orders.

    5.    Since the last status report, the following has occurred:

        a. ATF has completed its search for potentially responsive records and anticipates providing a final response to Plaintiff's request on or before May 14, 2021;

        b. DEA has completed its search for potentially responsive records and anticipates responding to Plaintiff's request within the next week; and

        c. FBI has completed its search for potentially responsive records and anticipates providing a final response to Plaintiff's request on or before June 1, 2021.

Pursuant to this Court's Order, the Parties will file a Status Report in 60 days, or on or before June 22, 2021, informing the Court of the progress of the processing of Plaintiff's FOIA request.

DATED: April 23, 2021 Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

  /s/ Robert J. Olson                          .
ROBERT J. OLSON, D.C. Bar # 1029318
WILLIAM J. OLSON, D.C. Bar # 233833
JEREMIAH L. MORGAN, D.C. Bar # 1012943
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070
wjo@mindspring.com

*Counsel for Plaintiff*

BRIAN HUDAK
Acting Chief, Civil Division


BY:   /s/ Darrell C. Valdez             .
DARRELL C. VALDEZ, D.C. Bar # 420232
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2507
darrell.valdez@usdoj.gov

*Counsel for Defendant*