UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 19cv3135 (TNM) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to this Court's minute Order dated December 23, 2020, the Parties, Gun Owners of America, Inc., ("Plaintiff") and United States Department of Justice ("Defendant" or "DOJ") jointly file this Status Report to the Court and respectfully state as follows:

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiff upon Defendant seeking records related to the "Privacy Policy" contained on Defendant's website.

2. In response to Plaintiff's request for a referral, Defendant agreed to refer Plaintiff's FOIA request to FBI, DEA, and ATF.

3. In the last status report, Defendant informed the Court that the FBI, DEA, and ATF had completed their search for potentially responsive records and would be providing a final response.

4. Since the last status report, the FBI, DEA, and ATF provided Plaintiff with their final response. Plaintiff had follow-up questions with respect to the responses, and Defendant is preparing a reply to those questions.

The parties request an additional 30 days for the parties to complete their discussions, and, at

the completion of the 30 days, will file a Status Report informing the Court if the matter has been resolved or requesting a briefing schedule.

DATED: June 23, 2021                              Respectfully submitted,

                                                CHANNING D. PHILLIPS
                                                Acting United States Attorney

 */s/ Robert J. Olson*                              BRIAN HUDAK
ROBERT J. OLSON, D.C. Bar # 1029318          Acting Chief, Civil Division
WILLIAM J. OLSON, D.C. Bar # 233833
JEREMIAH L. MORGAN, D.C. Bar # 1012943
William J. Olson, P.C.
370 Maple Avenue West, Suite 4              BY:   */s/ Darrell C. Valdez*
Vienna, VA 22180-5615                           DARRELL C. VALDEZ, D.C. Bar # 420232
703-356-5070                                               Assistant United States Attorney
wjo@mindspring.com                         United States Attorney's Office
                                                   Civil Division
*Counsel for Plaintiff*                              555 4th Street, N.W.
                                                   Washington, D.C. 20530
                                                   (202) 252-2507
                                                   darrell.valdez@usdoj.gov

                                                   *Counsel for Defendant*