UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19cv3135 (TNM) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

### JOINT STATUS REPORT

Pursuant to this Court's minute Order dated December 23, 2020, the Parties, Gun Owners of America, Inc., ("Plaintiff") and United States Department of Justice ("Defendant" or "DOJ") jointly file this Status Report to the Court and respectfully state as follows:

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiff upon Defendant seeking records related to the "Privacy Policy" contained on Defendant's website.

2. In response to Plaintiff's request for a referral, Defendant agreed to refer Plaintiff's FOIA request to FBI, DEA, and ATF.

3. In the last status report, Defendant informed the Court that the FBI, DEA, and ATF had completed their search for potentially responsive records and provided Plaintiff with a response.

4. Since the last status report, Defendants DEA and FBI made additional internal inquiries in response to follow-up questions posed by Plaintiff with respect to the responses by DEA and FBI.

5. As a result of the additional internal inquiries, FBI located no other responsive documents. DEA has identified an additional 37 pages of potentially responsive records and expects

to complete its search of all DEA program offices considered to have potentially responsive records by July 31, 2021.  Based on results from the search, and considering other demands on its resources, DEA expects to produce any non-exempt, responsive records by August 31, 2021.

The parties request an additional 60 days from today, until September 21, 2021 to file a Status Report informing the Court of any further developments, if the matter has been resolved, or if the parties are requesting a briefing schedule.

DATED: July 23, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

 /s/ Robert J. Olson                               .
ROBERT J. OLSON, D.C. Bar # 1029318
WILLIAM J. OLSON, D.C. Bar # 233833
JEREMIAH L. MORGAN, D.C. Bar # 1012943
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070
wjo@mindspring.com

*Counsel for Plaintiff*

BRIAN HUDAK
Acting Chief, Civil Division


BY:    /s/ Darrell C. Valdez               .
DARRELL C. VALDEZ, D.C. Bar # 420232
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2507
darrell.valdez@usdoj.gov

*Counsel for Defendant*