UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 19cv3135 (TNM) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's minute Order dated December 23, 2020, the Parties, Gun Owners of America, Inc., ("Plaintiff") and United States Department of Justice ("Defendant" or "DOJ") jointly file this Status Report to the Court and respectfully state as follows:

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiff upon Defendant seeking records related to the "Privacy Policy" contained on Defendant's website.

2. In response to Plaintiff's request for a referral, Defendant agreed to refer Plaintiff's FOIA request to FBI, DEA, and ATF.

3. In the last status report, Defendant informed the Court that the FBI, DEA, and ATF had completed their search for potentially responsive records and provided Plaintiff with a response.

4. Since the last status report, Plaintiff made additional inquiries regarding the search for responsive documents by the DEA and FBI.

5. On August 24, 2021, DEA provided a response to Plaintiff's inquiry and provided 26 pages of responsive, non-exempt records, with some redactions. The FBI anticipates that it will make a response to Plaintiff's inquiry in the next 30 days.

Pursuant to the Minute Order of the Court, the parties will provide an updated Status Report within the next 60 days from today informing the Court of any further developments, if the matter has been resolved, or if the parties are requesting a briefing schedule.

DATED: September 21, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

 */s/ Robert J. Olson*                               .
ROBERT J. OLSON, D.C. Bar # 1029318
WILLIAM J. OLSON, D.C. Bar # 233833
JEREMIAH L. MORGAN, D.C. Bar # 1012943
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070
wjo@mindspring.com

*Counsel for Plaintiff*

BRIAN HUDAK
Acting Chief, Civil Division


BY:    */s/ Darrell C. Valdez*                   .
DARRELL C. VALDEZ, D.C. Bar # 420232
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2507
darrell.valdez@usdoj.gov

*Counsel for Defendant*