UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19cv3135 (TNM) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's minute Order dated July 26, 2021, the Parties, Gun Owners of America, Inc., ("Plaintiff") and United States Department of Justice ("Defendant" or "DOJ") jointly file this Status Report to the Court and respectfully state as follows:

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiff upon Defendant seeking records related to the "Privacy Policy" contained on Defendant's website.

2. In response to Plaintiff's request for a referral, Defendant refered Plaintiff's FOIA request to FBI, DEA, and ATF.

3. In the last status report, the parties informed the Court that DEA provided a supplemental production in response to an inquiry from Plaintiff's regarding the search for records.

4. Since the last status report, the parties have conferred and agree that FBI will provide Plaintiff with a write-up explanation of its search, and that the parties will confer in order to address any concerns Plaintiff may have with the scope of FBI's search.

Pursuant to the Minute Order of the Court, the parties will provide an updated Status Report within the next 60 days from today informing the Court of any further developments, if the matter

has been resolved, or if the parties are requesting a briefing schedule.

| | |
|---|---|
| DATED:  November 19, 2021 | Respectfully submitted, |
| | MATTHEW M. GRAVES, D.C. Bar # 481052<br>United States Attorney |
| /s/ Robert J. Olson<br>ROBERT J. OLSON, D.C. Bar # 1029318<br>WILLIAM J. OLSON, D.C. Bar # 233833<br>JEREMIAH L. MORGAN, D.C. Bar # 1012943<br>William J. Olson, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180-5615<br>703-356-5070<br>wjo@mindspring.com<br><br>*Counsel for Plaintiff* | BRIAN HUDAK<br>Acting Chief, Civil Division<br><br>BY:   /s/ Darrell C. Valdez<br>DARRELL C. VALDEZ, D.C. Bar # 420232<br>Assistant United States Attorney<br>United States Attorney's Office<br>Civil Division<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2507<br>darrell.valdez@usdoj.gov<br><br>*Counsel for Defendant* |