UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) | |
| Plaintiff, ) | |
| v. ) | Case No. 19cv3135 (TNM) |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's minute Order dated November 22, 2021, the Parties, Gun Owners of America, Inc., ("Plaintiff") and United States Department of Justice ("Defendant" or "DOJ") jointly file this Status Report to the Court and respectfully state as follows:

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiff upon Defendant seeking records related to the "Privacy Policy" contained on Defendant's website.

2. In response to Plaintiff's request for a referral, Defendant referred Plaintiff's FOIA request to FBI, DEA, and ATF.

3. In the last status report, the parties informed the Court that the parties conferred and agree that FBI would provide Plaintiff with a write-up explanation of its search.

4. Since the last report, the FBI provided Plaintiff with a written explanation of its search for responsive records.

5. Subsequent to the production of the FBI's explanation of its searches, counsel for the parties conferred and Plaintiff provided follow-up questions to the FBI. Those questions have been forwarded to the FBI for a follow-up response. At issue is a component within FBI that "advised

that it was unable to search for responsive information…."

6.  Defendant FBI anticipates being able to provide additional information to Plaintiff prior to the telephonic status conference ordered by the Court this coming Monday, December 20, 2021, so that the parties can further advise the Court on the status of this case.

DATED:  December 17, 2021

 /s/ Robert J. Olson                         .
ROBERT J. OLSON, D.C. Bar # 1029318
WILLIAM J. OLSON, D.C. Bar # 233833
JEREMIAH L. MORGAN, D.C. Bar # 1012943
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070
wjo@mindspring.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN HUDAK
Acting Chief, Civil Division

BY:   /s/ Darrell C. Valdez                  .
DARRELL C. VALDEZ, D.C. Bar # 420232
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2507
darrell.valdez@usdoj.gov

*Counsel for Defendant*