UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 19cv3135 (TNM) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendant. | ) ) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated December 20, 2021, the Parties, Gun Owners of America, Inc., ("Plaintiff") and United States Department of Justice ("Defendant" or "DOJ") jointly file this Status Report to the Court and respectfully state as follows:

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiff upon Defendant seeking records related to the "Privacy Policy" contained on Defendant's website.

2. In response to Plaintiff's request for a referral, Defendant referred Plaintiff's FOIA request to FBI, DEA, and ATF.

3. The parties are continuing in their efforts to resolve issues regarding the FBI's search for responsive, non-exempt records. Currently, the FBI is continuing in its efforts to locate responsive records.

4. As ordered by the Court, the parties will provide a Joint Status Report in 60 days informing the Court of the result of the Parties' discussions and the result of any subsequent searches for responsive records.

DATED:  April 29, 2022

/s/ Robert J. Olson                                    .
ROBERT J. OLSON, D.C. Bar # 1029318
WILLIAM J. OLSON, D.C. Bar # 233833
JEREMIAH L. MORGAN, D.C. Bar # 1012943
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070
wjo@mindspring.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN HUDAK
Chief, Civil Division


BY:    /s/ Darrell C. Valdez                .
DARRELL C. VALDEZ, D.C. Bar # 420232
Assistant United States Attorney
United States Attorney's Office
Patrick Henry Building, Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2507
darrell.valdez@usdoj.gov

*Counsel for Defendant*