UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19cv3135 (TNM) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated December 20, 2021, the Parties, Gun Owners of America, Inc., ("Plaintiff") and United States Department of Justice ("Defendant" or "DOJ") jointly file this Status Report to the Court and respectfully state as follows:

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiff upon Defendant seeking records related to the "Privacy Policy" contained on Defendant's website.

2. In response to Plaintiff's request for a referral, Defendant referred Plaintiff's FOIA request to FBI, DEA, and ATF.

3. All agencies have completed their search, review, and production of responsive non-exempt records. The Parties request additional time to allow Plaintiff to review the production to determine if any issues remain outstanding for dispositive motion.

4. As ordered by the Court, the parties will provide a Joint Status Report in 60 days informing the Court of the result of the Parties' discussions and the result of any subsequent searches for responsive records.

DATED:  June 28, 2022

*/s/ Stephen D. Stambouliehр*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009


ROBERT J. OLSON, D.C. Bar # 1029318
WILLIAM J. OLSON, D.C. Bar # 233833
JEREMIAH L. MORGAN, D.C. Bar # 1012943
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070
wjo@mindspring.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN HUDAK
Chief, Civil Division


BY:   */s/ Darrell C. Valdez*          .
DARRELL C. VALDEZ, D.C. Bar # 420232
Assistant United States Attorney
United States Attorney's Office
Patrick Henry Building, Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2507
darrell.valdez@usdoj.gov

*Counsel for Defendant*