UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 19-3135 (TNM) |
| U.S. DEPARTMENT OF JUSTICE, | |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated December 20, 2021, the Parties, Gun Owners of America, Inc., ("Plaintiff") and United States Department of Justice ("Defendant" or "DOJ") jointly file this Status Report to the Court and respectfully state as follows:

1.  At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request submitted by Plaintiff to Defendant seeking records related to the "Privacy Policy" contained on Defendant's website.

2.  In response to Plaintiff's request for a referral, Defendant referred Plaintiff's FOIA request to its component law enforcement agencies, the Federal Bureau of Investigation ("FBI"), the Drug Enforcement Agency ("DEA"), and the Bureau of Alcohol, Tabaco, Firearms, and Explosives ("ATF") (collectively, the "Component Agencies").

3.  All Component Agencies have completed their search, review, and productions of responsive non-exempt records.  Plaintiff has reviewed the production and has raised additional questions.  Defendant is still reviewing its systems to determine whether any additional potentially responsive records exist, and needs additional time to complete that review.

4. As ordered by the Court, the parties will provide a Joint Status Report in 60 days, on or before December 27, 2022, informing the Court of the result of the Parties' discussions and the result of any subsequent searches for responsive records.

\*   \*   \*

Dated: October 28, 2022
      Washington, DC

Respectfully submitted,

 /s/ Stephen D. Stamboulieh
STEPHEN D. STAMBOULIEH
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

ROBERT J. OLSON, DC Bar # 1029318
WILLIAM J. OLSON, DC Bar # 233833
JEREMIAH L. MORGAN, DC Bar # 1012943
William J. Olson, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180
(703) 356-5070
wjo@mindspring.com

*Counsel for Plaintiff*

*and*

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    /s/ Kartik N. Venguswamy
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Counsel for Defendant*